IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 16–cv–02547–RM–KMT

GOLDGROUP RESOURCES, INC.,

    Plaintiff,

v.

DYNARESOURCE DE MEXICO, S.A. DE C.V., and
DYNARESOURCE, INC.,

    Defendants.

---

## **AMENDED ORDER**

---

This matter is before the court on "Dynaresource de Mexico, S.A. de C.V.'S and Dynaresource, Inc.'s Motion for Leave to Supplement the Record" [Doc. No. 42]. This Amended Order will replace the court's previous Order [Doc. No. 47] which is hereby withdrawn.

After consideration of the briefing of the parties, this court finds that allowing the supplementation of the record with the Order of Alejandro Bermudez Sanchez**,** First District Judge of the Eleventh Region Auxiliary Center, located in Coatzacoalcos, Veracruz, in indirect Amparo Action 945/2015, on August 24, 2017 [Doc. No. 42-1], together with the English language translation of the same [Doc. No. 42-2], should be allowed**.**

While the appellate order does not affect the merits of the dispute before this court, it does shed considerable light on the procedure undergirding the October 5, 2015 Order signed by

Judge Julio Gabriel Iglesias Gomez in Case Record: 1120/2014, Superior Court of Justice in the Federal District, Mexico City, Mexico and is relevant and helpful to the court for that reason, especially concerning the parties' knowledge of the Mexico City case at the time it was filed and for the ten month period preceding the October 5, 2015 Order.

This court previously stated "If, after review of the briefing on the Motion to Supplement, the court grants the motion and allows the record to be supplemented with the September 11, 2017 Mexico City Order, the court will issue a schedule for supplemental briefing . . . ." [Doc. No. 44.] Having now considered Judge Bermudez Sanchez's Order, the court does not believe supplemental briefing would be helpful to the court. Therefore, no further supplemental briefing will be allowed.

It is therefore **ORDERED**

"Dynaresource de Mexico, S.A. de C.V.'S and Dynaresource, Inc.'s Motion for Leave to Supplement the Record" [Doc. No. 42] is **GRANTED**.

Dated January 26, 2018.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge